IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KRAIG PAYNE,**

        **Plaintiff,**

**v.**

**GOODMAN,**

        **Defendant.**

**Case No. 24-cv-02129-SPM**

## JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff shall recover nothing, and this entire action is **DISMISSED with prejudice.**

**DATED: December 30, 2024**

                                                    **MONICA A. STUMP,**
                                                    **Clerk of Court**

                                                    **By: *s/ Megan Moyers***
                                                          **Deputy Clerk**

**APPROVED:** *s/Stephen P. McGlynn*
                      **STEPHEN P. MCGLYNN**
                      **United States District Judge**